UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 APR 25  A 10: 20

BY DEPUTY CLERK

INTERESTED LONDON YACHT
UNDERWRITERS, A/S/O
MORNING STAR YACHTS, INC.

VERSUS

CATERPILLAR INC.

CIVIL ACTION

NO. 05-1232-JJB

## CONDITIONAL ORDER OF DISMISSAL

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that this action be DISMISSED, WITH PREJUDICE based upon grounds of Forum Non Conveniens, with the following exclusive conditions:

1. London Yacht will assert this action in British Columbia within one year of this dismissal;

2. Caterpillar will consent to the jurisdiction of the British Columbian courts;

3. Caterpillar will waive any statute of limitations defenses it would otherwise have in British Columbia;

4. Caterpillar will abide by the judgment entered by a competent British Columbian court.

      5.   London Yacht can reinstate its suit in the alternative forum without undue inconvenience or prejudice; and if Caterpillar obstructs such reinstatement London Yacht may return to the American forum.  Should Caterpillar raise a defense based upon lack of privity of contract in the alternative forum, this shall not be construed as "obstruction" of "reinstatement" in the alternative forum.

      Baton Rouge, Louisiana, this 24th day of April, 2007.

                                          JAMES J. BRADY, JUDGE
                                          MIDDLE DISTRICT OF LOUISIANA